# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>        Plaintiff,<br><br>     v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC.,<br><br>        Defendant. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO JUNE 27, 2017 |

On April 10, 2017, the Court issued an order continuing the mandatory scheduling conference in this action to May 23, 2017. Plaintiff filed a status report on April 18, 2017 in which he requested that the scheduling conference be continued to June 26, 2017 or thereafter.

Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference set for May 23, 2017 at 3:15 p.m. is CONTINUED to **June 27, 2017 at 10:30 a.m**. The parties shall file a Scheduling Report that comports with the Scheduling Conference Order at least seven (7) calendar days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: **May 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1