# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF THIS ACTION WITHIN FIVE DAYS |

Plaintiff Jogert Abrantes filed a complaint against Defendant American Blinds and Draperies, Inc. on February 3, 2017, alleging violations of the Telephone Consumer Protection Act. On June 1, 2017, Plaintiff filed a proof of service showing that Defendant was served on March 27, 2017. Pursuant to the Federal Rules of Civil Procedure, Defendant's responsive pleading was due within 21 days after being served with the complaint. Fed. R. Civ. P. 12(a). More than 21 days have passed, and Defendant has not served a responsive pleading nor have the parties filed a stipulation to extend time for a responsive pleading to be filed.

The Federal Rules of Procedure provides that entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is

1

made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Although Defendant has failed to respond in this action, Plaintiff has not moved for entry of default.

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of this action.

IT IS SO ORDERED.

Dated: **June 5, 2017**

_____
UNITED STATES MAGISTRATE JUDGE