# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC.,<br><br>    Defendant. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 8)<br><br>FIVE DAY DEADLINE |

Plaintiff filed a proof of service on June 1, 2017, showing that the defendant in this action was served on March 27, 2017. Although the time for Defendant to file a responsive pleading has passed, no answer, stipulation for an extension of time to file an answer, or request for entry of default has been filed. On June 5, 2017, an order issued requiring Plaintiff to inform the Court on the status of this action within five days. More than five days have passed and Plaintiff has not responded to the June 5, 2017 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five (5) days** of the date of entry of this order why sanctions should not be issued for the failure to comply with the June 5, 2017 order.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action.**

IT IS SO ORDERED.

Dated:  **June 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE