# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC.,<br><br>        Defendant. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 9, 10) |

On June 13, 2017, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with a June 5, 2017 order requiring Plaintiff to file a notice of status of this action. On June 13, 2017, Plaintiff filed a declarations and first amended complaint.

Based on Plaintiff's response, IT IS HEREBY ORDERED THAT:

1. The June 13, 2017 order to show cause is DISCHARGED;
2. The scheduling conference set for June 27, 2017 at 10:30 a.m. is CONTINUED to August 31, 2017 at 3:00 p.m. in Courtroom 9; and

/ / /

/ / /

/ / /

1

3. The parties shall file a joint scheduling report seven days prior to the scheduling conference date.

IT IS SO ORDERED.

Dated: __**June 14, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE