# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE WITHIN FIVE DAY DEADLINE |

Plaintiff Jogert Abrantes filed this action on February 3, 2017. (ECF No. 1.) On June 13, 2017, Plaintiff filed a first amended complaint. (ECF No. 11.) There is currently an initial scheduling conference set in this action for August 31, 2017 before the undersigned. Plaintiff has not returned the summons issued on June 14, 2017. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that within five days from the date of entry of this order, Plaintiff shall file a notice of the status of service in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **August 23, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1