# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES, individually and on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-00152-AWI-SAB |
| Plaintiff, | ORDER DENYING AS MOOT MOTION TO CONTINUE SCHEDULING CONFERENCE |
| vs. | (ECF No. 16) |
| AMERICAN BLINDS AND DRAPERIES, INC., et al., | |
| Defendants. | |

On August 25, 2017, the Court issued an order continuing the mandatory scheduling conference in this action from August 31, 2017 to October 2, 2017, and Plaintiff filed a motion to continue the status conference to allow him to serve the first amended complaint on Defendant American Blinds and Draperies, Inc. Plaintiff's motion to continue the scheduling conference shall be denied as moot. Additionally, Plaintiff is directed to Rule 5(a)(2) of the Federal Rules of Civil Procedure regarding service of the amended complaint.

Based on the foregoing, Plaintiff's motion to continue is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **August 25, 2017**

_____
UNITED STATES MAGISTRATE JUDGE