| | |
|---|---|
| JOGERT ABRANTES,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLINDS AND DRAPERIES, INC., et al.<br><br>Defendants. | Case No. 1:17-cv-00152-AWI-SAB<br><br>ORDER DISCHARGING SEPTEMBER 28, 2017 ORDER TO SHOW CAUSE AS TO PLAINTIFF<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 21, 2017, AT 10:30 A.M. |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jogert Abrantes filed this action on February 3, 2017, alleging violations of the Telephone Consumer Protection Act. (ECF No. 1.)

On August 25, 2017, the Court issued an order continuing the mandatory scheduling conference to October 2, 2017, with the joint statement due seven days prior. (ECF No. 17.) On September 1, 2017, Defendant Paul Russo ("Defendant Russo"), appearing pro se, filed an answer. (ECF No. 19.)

On September 28, 2017, an order was filed requiring Plaintiff and Defendant Russo to show cause on or before October 4, 2017, why sanctions should not issue for the failure to file the joint scheduling report. (ECF No. 20.) The Court noted that Plaintiff had not filed a request for default for Defendant American Blinds and Draperies, Inc. or otherwise indicated the status of this action against Defendant American Blinds and Draperies, Inc. (ECF No. 20.)

1

On October 4, 2017, Plaintiff filed a response to the order to show cause. (ECF No. 21.) Defendant Russo has not responded to the order to show cause.

Based upon Plaintiff's response to the order to show cause, the Court shall discharge the order to show cause as to Plaintiff. The Court notes that this is not the first time in this matter that counsel Todd Friedman has indicated that he miscalendared the date for a deadline. See ECF No. 10. Counsel Todd Friedman is hereby provided with notice that should there be future failures to respond to orders of this Court, monetary sanctions will issue without further notice.

In Plaintiff's response to the order to show cause, he requests that the Court either strike Defendant Russo's answer for failing to comply with Local Rule 131, or order dismissal without prejudice at this time. Plaintiff indicates that if the Court strikes Defendant Russo's answer, then Plaintiff can file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff has not filed a noticed motion to strike Defendant Russo's answer, so the Court does not render a decision on the request to strike Defendant Russo's answer. The Court does note that Defendant Russo did provide his name and address on the first page of his answer, and Defendant Russo's address is listed on the docket. Plaintiff also indicates that he mailed a letter to Defendant Russo on September 29, 2017.

If Plaintiff desires to dismiss this action, he has remedies available pursuant to Federal Rule of Civil Procedure 41 and must follow the procedures described therein. The Court notes that while Plaintiff requests that the Court order dismissal without prejudice at this time pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff has not filed a noticed motion. The Court will continue the scheduling conference in this matter to November 21, 2017, so that Plaintiff may utilize one of the remedies available pursuant to Federal Rule of Civil Procedure 41 if he desires to dismiss this action. A joint scheduling report is 7 days prior to the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed September 28, 2017, is DISCHARGED as to Plaintiff only;

2. The scheduling conference is CONTINUED from October 23, 2017, to

1. **November 21, 2017, at 10:30 a.m.** in Courtroom 9;
2. 3. The parties shall file a joint scheduling report **seven (7) days prior to the scheduling conference date**; and
3. 4. Counsel Todd Friedman is advised that future failures to respond to orders of this Court will result in the issuance of monetary sanctions. This shall constitute prior notice for the imposition of future monetary sanctions for failure to comply with orders of this Court.

IT IS SO ORDERED.

Dated: **October 5, 2017**

_____
UNITED STATES MAGISTRATE JUDGE