## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **JOGERT ABRANTES,** |  |
|  | CASE NO: **1:17–CV–00152–AWI–SAB** |
| v. |  |
| **PAUL RUSSO, ET AL.,** |  |

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/12/2018**

 

**Marianne Matherly**
Clerk of Court

ENTERED: **April 12, 2018**

by: /s/ S. Sant Agata
Deputy Clerk